IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

BAY THI LE,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

Civil No. 06-673-HU

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $4000.00 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: 26 June, 2007.

_____
Hon. Dennis James Hubel
United States Magistrate Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff